AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., <br><br>*Plaintiff(s)* <br><br>v. <br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., <br><br>*Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE GORI FAMILY LIMITED PARTNERSHIP DBA BOOBY TRAP
C/O GREGG BERGER
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* <br> v. <br> BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* P,T,G ENTERTAINMENT, INC. DBA BOOBY TRAP
C/O GREGG BERGER
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-23111-KMW |
| BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHILLIP GORI
195 W. ALEXANDER PALM ROAD
BOCA RATON, FL. 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* <br> v. <br> BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PG INVESTMENTS, INC.
C/O GREGG BERGER
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL.,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PG INVESTMENTS II, INC.
C/O GREGG BERGER
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:22-cv-23111-KMW |
| BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | )<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIKE BRUSO
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:22-cv-23111-KMW |
| BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | )<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIKE ARZA
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., <br><br> *Plaintiff(s)* <br><br> v. <br><br> BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GREGG BERGER
3500 MYSTIC DRIVE
AVENTURA, FL. 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* <br> v. <br> BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BTS NORTH, INC. DBA BOOBY TRAP DORAL AREA
C/O GREGG BERGER
5325 NW 77 AVE
MIAMI, FLORIDA 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 27, 2022

**SUMMONS**

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL.,<br>*Plaintiff(s)*<br>v.<br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL.,<br>*Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BT'S ON THE RIVER, LLC dba BOOBY TRAP
C/O GREGG BERGER
5325 NW 77 AVE
MIAMI, FLORIDA 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-23111-KMW |
| BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOOBY TRAP, INC. DBA BOOBY TRAP POMPANO BEACH
C/O GREGG BERGER
5325 NW 77 AVE
MIAMI, FLORIDA 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JANIUSRY CABRERA, DAYANA AGUIAR, ALEXA PIERR-LOUIS, GRACIELA CUEVAS, ANNYCHRISTINA DOWNS, MARLIZ NEVAREZ, JESSICA THOMAS, TEQUILLA RAMEY, ET AL., *Plaintiff(s)* <br><br> v. <br><br> BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, ET AL., *Defendant(s)* | Civil Action No. 1:22-cv-23111-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B&G OPA LAND HOLDINGS, LLC DBA BOOBY TRAP
C/O GREGG BERGER
5325 NW 77 AVE.
MIAMI, FL. 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND R. DIEPPA
FLORIDA LEGAL, LLC
12550 BISCAYNE BLVD., SUITE 405
NORTH MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2022

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court