UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DAYANA AGUIAR, ALEXA PIERRE-LOUIS, MARLIZ NEVAREZ, JESSICA THOMAS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; BTS NORTH, INC. dba BOOBY TRAP DORAL AREA, a Florida Corporation; BOOBY TRAP, INC., dba BOOBY TRAP POMPANO BEACH a Florida Corporation; PHILIP GORI, an individual; P.T.G. ENTERTAINMENT, INC. dba BOOBY TRAP, a Florida Corporation; GREGG BERGER, an individual; B&G OPA LAND HOLDINGS, LLC dba BOOBY TRAP, a Florida Limited Liability Company; THE GORI FAMILY LIMITED PARTNERSHIP dba BOOBY TRAP, a Florida Limited Partnership; PG INVESTMENTS, INC., a Florida Corporation; PG INVESTMENTS II, INC., a Florida Corporation; MIKE BRUSO, an individual; MIKE ARZA, an individual.

    Defendants.

Case No. 1:22-cv-23111

**COLLECTIVE ACTION**

**NOTICE OF SETTLEMENT**

Plaintiffs, hereby advise the Court that the Parties have reached a settlement in this case and will file a Joint Motion for Approval of Settlement within thirty (30) days.

Dated: August 8, 2023

Respectfully Submitted,

*/s/ Carlos V. Leach*
Carlos V. Leach
Florida Bar No. 540021
**THE LEACH FIRM, P.A.**
1560 N. Orange Ave., Suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
*cleach@theleachfirm.com*

Justice D. Turner (*Pro Hac Vice*)
California Bar No. 336579
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
California Bar No. 344691
**CARPENTER & ZUCKERMAN**
8827 W Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*jturner@cz.law*
*fmihalic@cz.law*
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August __8__, 2023, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. This is to certify that the foregoing has been prepared using Times New Roman 14-point font.

COUNSEL FOR PLAINTIFFS
/s/ Carlos Leach
Carlos Leach