UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23111-CV-WILLIAMS

DAYANA AGUIAR, *et al.*,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs Dayana Aguiar ("**Ms. Aguiar**"), Alexa Pierre-Louis ("**Ms. Pierre-Louis**"), Marliz Nevarez ("**Ms. Nevarez**"), and Jessica Thomas ("**Ms. Thomas**") (collectively, "**Plaintiffs**") Unopposed Motion for Approval of FLSA Settlement (DE 138).

In this Fair Labor Standards Act (FLSA) action, Plaintiffs request that the Court approve their Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

Upon review of the settlement agreements, the record, and applicable law, the Court finds that the compromise reached by the Parties is a fair and reasonable resolution of this dispute. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion for Approval of FLSA Settlement (DE 138) is **GRANTED**.

2. The Parties' settlement agreement is **APPROVED** including an award to Plaintiff Dayana Aguiar in the amount of $18,537.74 and $16,662.26 in attorney's fees and costs, an award to Plaintiff Alexa Pierre-Louis in the amount of $7,090.87 and $7,296.64 in attorney's fees and costs, an award to Plaintiff Marliz Nevarez in the amount of $50,891.49 and $43,133.51 in attorney's fees and costs, and an award to Plaintiff Jessica Thomas in the amount of $10,940.97 and $10,446.64 in attorney's fees and costs.

3. Plaintiffs Dayana Aguiar's, Alexa Pierre-Louis', Marliz Nevarez's, and Jessica Thomas' claims against Defendants are **DISMISSED**.

4. All pending motions are **DENIED AS MOOT**.

5. This case shall remain **CLOSED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on this 10th day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE