UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:22-cv-23111-KMW

DAYANA AGUIAR, ALEXA PIERRE-LOUIS, MARLIZ NEVAREZ, JESSICA THOMAS, individually and on behalf of all other similarly situated,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; BTS NORTH, INC. dba BOOBY TRAP DORAL AREA, a Florida Corporation; BOOBY TRAP, INC., dba BOOBY TRAP POMPANO BEACH, a Florida Corporation; PHILIP GORI, an individual; P.T.G. ENTERTAINMENT, INC. dba BOOBY TRAP, a Florida Corporation; GREGG BERGER, an individual; B&G OPA LAND HOLDINGS, LLC, a Florida Limited Liability Company; THE GORI FAMILY LIMITED PARTNERSHIP dba BOOBY TRAP, a Florida Limited Partnership; PG INVESTMENTS, INC., a Florida Corporation; PG INVESTMENTS II, INC., a Florida Corporation; MIKE BRUSO, an individual; MIKE ARZA, an individual,

    Defendants.
_____/

## **NOTICE OF SATISFACTION**

Plaintiffs, by and through undersigned counsel, hereby submit to the Court that pursuant to this Court's June 10, 2024 Order [ECF No. 146], Defendants have satisfied the terms of the settlement agreement (the "Agreement") between the parties and fulfilled all of their obligations pursuant to the Agreement. Plaintiffs agree that Defendants do not owe Plaintiffs any further obligations pursuant to the Agreement.

Respectfully submitted this 17th day of June, 2024.

17/06/2024

*/s/ Carlos V. Leach*
Carlos V. Leach
Florida Bar No. 540021
E-mail: cleach@theleachfirm.com
THE LEACH FIRM, P.A.
1560 N. Orange Avenue, suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
*Counsel for Plaintiffs*

*/s/ Justice T. Turner*
Frank M. Mihalic, Jr. (Pro Hac Vice)
California Bar No. 344691
Justice T. Turner (Pro Hac Vice)
California Bar No. 336579
E-mail: fmihalic@cz.law
CARPENTER & ZUCKERMAN
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I certify that on Monday, June 17, 2024 a true and correct copy of the attached **NOTICE OF SATISFACTION** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Adi Amit, Esq.
Aron Smukler, Esq.
**ADI AMIT, P.A.**
101 Centre,
101 NE Third Avenue, Ste 300
Fort Lauderdale, FL 33301
Phone: (954) 533-5922
Email: *adi@defenderofbusiness.com*
       *Aron@defenderofbusiness.com*

*Counsel for Defendants*

                                              */s/ Carlos V. Leach*
                                              Carlos V. Leach